|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF INDIANA<br>INDIANAPOLIS DIVISION | **Acknowledged**<br>TWP<br>February 16, 2023 |

DENNIS TOOLEY, )
an individual, )
                                   ) CASE NO.1:22-cv-02448-TWP-MG
          Plaintiff, )
vs. )
                                   )
AGREE LIMITED PARTNERSHIP, )
a Delaware Limited Partnership, )
                                   )
          Defendant. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss Defendant of all counts and claims asserted in this matter with prejudice and, except as agreed between the parties, each party to bear their own attorney's fees, costs, and expenses.

Dated: February 15, 2023

| | |
|---|---|
| */s/ Louis I. Mussman* | */s/ Michael L. Meyer* |
| Louis I. Mussman, Esq. | Michael L. Meyer, Esq. (No. 28689-64) |
| Bar No. 597155 | Vivek R. Hadley, Esq, (No. 32620-53) |
| Ku & Mussman, P.A. | TAFT STETTINIUS & HOLLISTER LLP |
| 18501 Pines Boulevard, Suite 209-A | One Indiana Square, Suite 3500 |
| Pembroke Pines, FL 33029 | Indianapolis, IN 46204 |
| Tel: (305) 891-1322 | Tel: (317) 713-3500 |
| Fax: (954) 686-3976 | Fax: (317) 713-3699 |
| Louis@KuMussman.com | vhadley@taftlaw.com |
| | mmeyer@taftlaw.com |
| and | |
| | *Attorney for Defendant* |
| Eric C. Bohnet, Esq. | |
| Attorney No. 24761-84 | |
| Attorney at Law | |
| 6617 Southern Cross Drive | |
| Indianapolis, Indiana 46237 | |

Tel: (317) 750-8503
ebohnet@gmail.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to:

Michael L. Meyer, Esq.
Vivek R. Hadley, Esq,
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
vhadley@taftlaw.com
mmeyer@taftlaw.com

By: *Louis I. Mussman* .
Louis I. Mussman, Esq.